UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:
MICHAEL HOLLOWAY,
AMANDA HOLLOWAY,　　　　　　　　　　Case No. 08-09-BK-17968-MGW
　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

## NOTICE OF ADDRESS CORRECTION
## AND CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that a copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines has been served by U. S. mail or electronically on Focus Receivable Mgt Attn: Collection/Billing 1130 Northchase parkway Suite 150 Marietta, GA 30067 on this 19 day of November, 2009

　　　　　　　　　　　　　　　　/s/ Kara E. Hardin, Esquire
　　　　　　　　　　　　　　　　Kara E. Hardin, Esquire
　　　　　　　　　　　　　　　　KARA HARDIN, P.A.
　　　　　　　　　　　　　　　　38537 Fifth Avenue
　　　　　　　　　　　　　　　　Zephyrhills, FL 33542
　　　　　　　　　　　　　　　　(813) 788-9994
　　　　　　　　　　　　　　　　(813) 783-7405 facsimile
　　　　　　　　　　　　　　　　FBN: 623164

**creditor address has been corrected:
**Old Address**: Focus Receivable Mgt Attn: Collection/Billing 306 Laurel Circle Suite 200 Tampa, FL 33610  **New Address:** Focus Receivable Mgt Attn: Collection/ Billing 1130 Northchase Parkway Suite 150 Marietta, GA 30067